

| Client | | Invoice Date | 07-18-07 |
|---|---|---|---|
| Santana Managenment | | | |
| Address | | Quote Date | |
| City, State, Zip | | Quote Number | |
| Terms see Notes below | Taxable | Customer PO | 0703 |
| Customer Contact Dan Deserpa | Customer Phone | Customer Fax | |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 2430 Lexington Dr | Phone | (805) 766-0913 |
| City, State, Zip | Ventura, CA 93003 | Fax | |

| | Qty | Description | |
|---|---|---|---|
| 1 | | $300.00 Dollars to Eric Gottesman | |
| 2 | | Design development for Salvador Santana | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | $ 300.00 |

Please Make Check Payable For the Sum of $300.00 to: ERIC GOTTESMAN

ACCEPTANCE
  I certify that I accept these terms and conditions for this advancement proposal.

Signature                                                                                          Date

PrintedName                                                                                      Title

ERIC GOTTESMAN
Graphic Design, Apparel, Merchandising Development
2430 Lexington Dr Ventura, CA 93003
email: gmanforce@aol.com



| | Sold To | SANTANA MANAGEMENT | | Invoice Date | 10-12-10 |
|---|---|---|---|---|---|
| | Address | P.O. Box 10348 | | Quote Date | |
| | City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| | Terms: see Notes below | Taxable | | Customer PO | 0031 |
| | Customer Contact: Dan de Serpa | Customer Phone: 415-458-8130 | | Customer Fax | 415-458-8145 |

| | Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|---|
| | Address | 779 Oso Rd. | Phone | (805) 223-4839 |
| | City, State, Zip | Ojai, CA 93023 | Fax | |

| | Qty | Description | |
|---|---|---|---|
| 1 | | $ 600.00    Dollars to Eric Gottesman for the follwing design: | |
| 2 | | Full Buy Out for Universal Tone Europe Tour 2010 Tee design (front and back print): | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | Total | $600.00 |

Please Make Check Payable For the Sum of $600.00 to:  ERIC GOTTESMAN

ACCEPTANCE:
   I certify that I accept these terms and conditions for this advancement proosal.

Signature                                                                                                                   Date

Printed Name                                                                                                          Title

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)223-4839
email: gmandesigns@gmail.com



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 04-19-10 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms: see Notes below | Taxable | | Customer PO | 0029 |
| Customer Contact: Dan de Serpa | Customer Phone: 415-458-8130 | | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 223-4839 |
| City, State, Zip | Ojai, CA 93023 | Fax | |

| # | Qty | Description | |
|---|---|---|---|
| 1 | | $ 2,000.00 Dollars to Eric Gottesman for the follwing Art | |
| 2 | | 2 Santana Hawiian style shirt designs | |
| 3 | | #1 Los Bahama Lion Bandanna PanelV1 | $1,000.00 |
| 4 | | #2 Los Bahama Abraxas Angel PanelV1 | $1,000.00 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | Total | $2,000.00 |

Please Make Check Payable For the Sum of $2,000.00 to: ERIC GOTTESMAN

ACCEPTANCE:
  I certify that I accept these terms and conditions for this advancement proosal.

Signature _____  Date _____

Printed Name _____  Title _____

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)223-4839
email: gmandesigns@gmail.com

INVOICE                                                                 GMAN /SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 12-18-09 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0028 |
| Customer Contact | Dan de Serpa | Customer Phone 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 766-0913 |
| City, State, Zip | Ojai, CA 93023 | Fax | |

| | Qty | Description |
|---|---|---|
| 1 | | $ 300.00   Dollars to Eric Gottesman for the follwing Art |
| 2 | | Newlion revised sticker w/border v3b Newlion revise v3a T-shirt #2 |
| 3 | | 5 hours total, reworking Lion art, creating border shape, re-working variations, |
| 4 | | misc changes. |
| 5 | | 5 hours x $75.00= $375.00   Discount $75.00 = $300.00 |
| 6 | | |
| 7 | | |
| 8 | | Total          $300.00 |

Please Make Check Payable For the Sum of $300.00 to:  ERIC GOTTESMAN

ACCEPTANCE:
   I certify that I accept these terms and conditions for this advancement proosal.

Signature                                                                                       Date

Printed Name                                                                                 Title

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)766-0913
email: gmandesigns@gmail.com

INVOICE GMAN /SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 12-18-09 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0027 |
| Customer Contact | Dan de Serpa | Customer Phone  415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 766-0913 |
| City, State, Zip | Ojai,   CA 93023 | Fax | |

| | Qty | Description | |
|---|---|---|---|
| 1 | | $ 500.00   Dollars to Eric Gottesman for the follwing Art | |
| 2 | | Santana Super/Abraxas Design #3: | |
| 3 | | 4 hours cutting out elements from the supernatural mumbo art, | |
| 4 | | 3 hours pasting and placing mumbo elements into the abraxas angel. | |
| 5 | | 2 hours making changes and laying out laminates. Total of 9 hours labor. | |
| 6 | | 9 Hours x $75.00= $675.00  with $175.00 Discount= $500.00 | |
| 7 | | | |
| 8 | | Total | $500.00 |

Please Make Check Payable For the Sum of $500.00 to:  ERIC GOTTESMAN

ACCEPTANCE:
   I certify that I accept these terms and conditions for this advancement proosal.

Signature                                                                                                      Date

Printed Name                                                                                              Title

Page 1 of 1

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)766-0913
email: gmandesigns@gmail.com

INVOICE / BUY OUT                                   GMAN / SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 06-27-06 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0020 |
| Customer Contact | Dan de Serpa | Customer Phone 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 617 East Woodbury Rd | Phone | (805) 766-0913 |
| City, State, Zip | Altadena, CA 91001 | Fax | |

| | Qty | Description |
|---|---|---|
| 1 | | $3,000.00 Dollars to Eric Gottesman for the following deveolpment |
| | | $1,000 dance2thebeatofmydrum front and back<br>$1,000 mybluesisdeep front and back<br>$1,000 Santana Sunburst front and back |
| | | $3,000 Total Due (payable) |

Please Fed X check (next day) to address below

Please Make Check Payable For the Sum of $3,000.00 to: ERIC GOTTESMAN

ACCEPTANCE:
 I certify that I accept these terms and conditions for this advancement proosal.

Signature                                             Date

PrintedName                                           Title

Page 1 of 1

ERIC GOTTESMAN
Graphic Design, Apparel, Merchandising Development
617 East Woodbury Rd. Altadena, CA 91001
cell: (805)766-0913 hm/off:626-791-4382
email: gmanforce@aol.com

| INVOICE / BUY OUT | | GMAN / SANTANA |



| Sold To | SANTANA MANAGEMENT | Invoice Date | 01-17-06 |
|---|---|---|---|
| Address | P.O. Box 10348 | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | Quote Number | |
| Terms | see Notes below | Taxable | | Customer PO | 0016 |
| Customer Contact | Dan de Serpa | Customer Phone | 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 617 East Woodbury Rd | Phone | (805) 766-0913 |
| City, State, Zip | Altadena, CA 91001 | Fax | |

| | Qty | Description |
|---|---|---|
| 1 | | **$1,500.00** Dollars "Advance" to Eric Gottesman for the following deveolpment |
| 2 | | **4 mens designs for "All that I Am" Tour** |
| 3 | | **4 womens designs for "All that I Am" Tour** |
| 4 | | **= Total of 8** |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | **Deposit  Total          $1,500.00** |

**Please Fed X check (next day) to address below**

**Please Make Check Payable For the Sum of $1,500.00 to: ERIC GOTTESMAN**

**ACCEPTANCE:**
   I certify that I accept these terms and conditions for this advancement proosal.

**Signature**                                                                                             **Date**

**PrintedName**                                                                                          **Title**

Page 1 of 1

**ERIC GOTTESMAN**
Graphic Design, Apparel, Merchandising Development
617 East Woodbury Rd. Altadena, CA 91001
cell: (805)766-0913  hm/off:626-791-4382
email: gmanforce@aol.com

INVOCE / BUY OUT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GMAN / SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 01-17-06 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0016 |
| Customer Contact | Dan de Serpa | Customer Phone 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 617 East Woodbury Rd | Phone | (805) 766-0913 |
| City, State, Zip | Altadena, CA 91001 | Fax | |

| # | Qty | Description |
|---|---|---|
| 1 | | $2,000.00 Dollars to Eric Gottesman for the following deveolpment |
| 2 | | **2 mens design for "All that I Am" Tour** $2,000.00 |
| 3 | | **1 Laminate design for "All that I Am" Tour** $500.00 |
| 4 | | = Total of 8 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | Total $1,500.00 |

**Please Fed X check (next day) to address below**

**Please Make Check Payable For the Sum of $1,500.00 to: ERIC GOTTESMAN**

ACCEPTANCE:
　　I certify that I accept these terms and conditions for this advancement proosal.

Signature　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

PrintedName　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Title

Page 1 of 1

**ERIC GOTTESMAN**
Graphic Design, Apparel, Merchandising Development
617 East Woodbury Rd. Altadena, CA 91001
cell: (805)766-0913 hm/off:626-791-4382
email: gmanforce@aol.com

INVOICE                                                                                             GMAN /SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 07-23-09 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0023 |
| Customer Contact | Dan de Serpa | Customer Phone  415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 766-0913 |
| City, State, Zip | Ojai,     CA 93023 | Fax | |

|   | Qty | Description | |
|---|---|---|---|
| 1 | | $1,000.00 Dollars to Eric Gottesman for the follwing Art | |
| 2 | | Abraxas Angel w-conga Illustration     $1,000.00 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | Total | $1,000.00 |

Please Make Check Payable For the Sum of $1,000.00 to:  ERIC GOTTESMAN

ACCEPTANCE:
    I certify  that I  accept these terms and conditions for this advancement proosal.

Signature                                                                                            Date

Printed Name                                                                                         Title

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)766-0913
email: gmandesigns@gmail.com



INVOICE  GMAN /SANTANA

| Sold To | SANTANA MANAGEMENT | | Invoice Date | 08-05-09 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0024 |
| Customer Contact | Dan de Serpa | Customer Phone 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 766-0913 |
| City, State, Zip | Ojai, CA 93023 | Fax | |

| | Qty | Description | |
|---|---|---|---|
| 1 | | $250.00 Dollars to Eric Gottesman for the follwing Art | |
| 2 | | Additional Abraxas Angel w-conga Illustration re-touching | $250.00 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | Total | $250.00 |

Please Make Check Payable For the Sum of $250.00 to: ERIC GOTTESMAN

ACCEPTANCE:
  I certify that I accept these terms and conditions for this advancement proosal.

Signature _____ Date _____

Printed Name _____ Title _____

ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)766-0913
email: gmandesigns@gmail.com

INVOICE                                                                          GMAN /SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 12-18-09 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms | see Notes below | Taxable | Customer PO | 0028 |
| Customer Contact | Dan de Serpa | Customer Phone 415-458-8130 | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 779 Oso Rd. | Phone | (805) 766-0913 |
| City, State, Zip | Ojai, CA 93023 | Fax | |

| # | Qty | | Description |
|---|---|---|---|
| 1 | | | $ 300.00   Dollars to Eric Gottesman for the follwing Art |
| 2 | | | Newlion revised sticker w/border v3b Newlion revise v3a T-shirt #2 |
| 3 | | | 5 hours total, reworking Lion art, creating border shape, re-working variations, |
| 4 | | | misc changes. |
| 5 | | | 5 hours x $75.00= $375.00   Discount $75.00 = $300.00 |
| 6 | | | |
| 7 | | | |
| 8 | | | Total     $300.00 |

Please Make Check Payable For the Sum of $300.00 to:  ERIC GOTTESMAN

ACCEPTANCE:
   I certify that I accept these terms and conditions for this advancement proosal.

Signature _____                    Date _____

Printed Name _____                    Title _____

Page 1 of 1                           ERIC GOTTESMAN

779 Oso Rd. Ojai, CA 93023
cell: (805)766-0913
email: gmandesigns@gmail.com

INVOICE / BUY OUT        GMAN /        SANTANA



| Sold To | SANTANA MANAGEMENT | | Invoice Date | 05-20-05 |
|---|---|---|---|---|
| Address | P.O. Box 10348 | | Quote Date | |
| City, State, Zip | San Rafael, CA 94912-0348 | | Quote Number | |
| Terms see Notes below | Taxable | | Customer PO | 0013 |
| Customer Contact Dan de Serpa | Customer Phone 415-458-8130 | | Customer Fax | 415-458-8145 |

| Remit To | Eric Gottesman | Contact | GMAN |
|---|---|---|---|
| Address | 600 Highland St. | Phone | (805) 766-0913 |
| City, State, Zip | Pasadena, CA 91104 | Fax | |

| | Qty | Description | |
|---|---|---|---|
| 1 | | $3,250.00 Dollars to Eric Gottesman for the follwing designs. | |
| 2 | | LOS-Woman's Butterfly-T | $1,000.00 |
| 3 | | LOS Tour Poster | $1,000.00 |
| 4 | | LOS Bandanna | $500.00 |
| 5 | | Label Development | $250.00 |
| 6 | | Bag Design | $250.00 |
| 7 | | Womans hoody emb | $250.00 |
| 8 | | Total | $3,250.00 |

Please Fed X check (next day) to address below

Please Make Check Payable For the Sum of $3,250.00 to: ERIC GOTTESMAN

ACCEPTANCE:
I certify that I accept these terms and conditions for this advancement proosal.

Signature _____  Date _____

PrintedName _____  Title _____

ERIC GOTTESMAN
Graphic Design, Apparel, Merchandising Development
600 Highland St. Pasadena, CA 91104
cell: (805)766-0913    hm/off:626-791-4382
email: gmanforce@aol.com