UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GOTTESMAN,<br><br>                      Plaintiff,<br><br>v.<br><br>CARLOS SANTANA, et al.,<br><br>                      Defendants. | Case No.: 16-CV-2902 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 281) |

Presently before the Court is Plaintiff Eric Gottesman and the Santana Defendants'[1] Joint Motion to Dismiss. (ECF No. 281.) The parties have reached a settlement and request the Court dismiss all claims filed by Plaintiff against the Santana Defendants. (*See id.*) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety.

/ / /

---

[1] The Santana Defendants are: Santana Tesoro, LLC; Guts & Grace Records, Inc.; Santana IV, LLC; Universal Tone Management, LLC; Carlos Santana; Michael Vrionis; Steven Vrionis; Adam Fells; Maria Vrionis; Art.com; Band Tees Apparel, Inc.; C & D Visionary, Inc.; Casa Noble Holdings LLC; Casa Noble Spirits, LLC; Constellation Brands, Inc.; Cristalino, Inc.; Daniel Schacht; Dawn DeBisschop; Donahue Fitzgerald LLP; Double O, LLC; Glen Morelli; GFM Licensing Group; Hi Fidelity Entertainment, LLC; HOB Entertainment LLC; Howard Schomer; iMerchandise, LLC; MiJa Park; John Perry; Infinity 1 Inc. (dba Rockabilia); Salvador Santana; Steven Newman; The Official Community Corporation; The Rock.com Group, Inc.; Wal-Mart Stores, Inc.; and Will Oakley.

As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.* at 2.) This Order concludes litigation in this case. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge